**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE FEDERAL COURTHOUSE**

| | |
|---|---|
| MADHAV MARASINI,<br><br>  PLAINTIFF,<br><br>  VS.<br>JBA INVESTMENT GROUP LLC AND BELLA AWDISHO, AND DOES 1 THROUGH 25,<br><br>  DEFENDANTS. | CASE NO.: 5:20-CV-04235-NC<br><br>**ORDER GRANTING JOINT MOTION FOR APPROVAL OF PLAINTIFF'S FLSA SETTLEMENT AND DISMISSAL OF ACTION** |

Before the Court is the joint motion filed by Plaintiff Madhav Marasini and Defendants JBA Investment Group LLC and Bella Awdisho to approve the settlement of Plaintiff Marasini's claims under the Fair Labor Standards Act ("FLSA") and to confirm the dismissal of his claims. (Dkt. No. 30). [The Court finds this motion suitable for resolution without oral arguments.]

Having reviewed the motion, and the record in this case, the Court finds that the FLSA settlement is a fair and reasonable resolution of a *bona fide* dispute. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-53 (11th Cir. 1982); *Luo v. Zynga Inc.*, No. 13-cv-00186 NC, 2014 WL 457742, at *2 (N.D. Cal. Jan. 31, 2014).

Accordingly, the Court **GRANTS** the Parties' motion and the Parties' settlement is **APPROVED** as a *bona fide* compromise of claims under the Fair Labor Standards Act.

Plaintiff Marasini's claims are **DISMISSED WITH PREJUDICE**, each side to bear its own costs and attorneys' fees. The Court retains jurisdiction to enforce the Settlement Agreement.

**IT IS SO ORDERED.**

Dated: August 20, 2021



_____
NATHANAEL M. COUSINS
UNITED STATES MAGISTRATE JUDGE